IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DIANNA CARLISLE, | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION NO. 22-00459-B |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | * |
| Defendant. | * |

### JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(a)(2), with each party to bear its own costs.

**DONE** this **18th** day of **April, 2023.**

/s/ SONJA F. BIVINS
**UNITED STATES MAGISTRATE JUDGE**